# UNITED STATES BANKRUPTCY COURT
CENTRAL **DISTRICT OF** CALIFORNIA
LOS ANGELES **DIVISION**

In re:                                          §
                                                §
Mbe Digital, Inc.,                              §        Case No. 2:12-bk-34701-BR
                                                §
          Debtor                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter Mastan - Chapter 7, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,600.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 17,776.89 | |

3) Total gross receipts of $ 17,776.89  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,776.89  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 63,093.80 | 61,245.01 | 17,776.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | NA | NA | NA |
| **TOTAL DISBURSEMENTS** | $ NA | $ 63,093.80 | $ 61,245.01 | $ 17,776.89 |

   4)  This case was originally filed under chapter 11 on  07/18/2012 , and it was converted to chapter 7 on  02/21/2013 .  The case was pending for 53 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/23/2017                    By:/s/Peter Mastan - Chapter 7
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Chevrolet Van | 1129-000 | 3,000.00 |
| Accounts Receivable (MBE Digital, Inc.) | 1129-000 | 6,092.00 |
| Computers/Digital Printers | 1129-000 | 5,500.00 |
| Wells Fargo (DIP Checking Account) | 1129-000 | 184.89 |
| Blue Plastic Barrels | 1229-000 | 500.00 |
| GBC 2064WF lamination machine. | 1229-000 | 2,000.00 |
| Steel towers and frames | 1229-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,776.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter J. Mastan | 2100-000 | NA | 2,527.69 | 678.90 | 678.90 |
| Peter J. Mastan | 2200-000 | NA | 23.61 | 23.61 | 6.34 |
| International Sureties, Ltd. | 2300-000 | NA | 63.65 | 63.65 | 63.65 |
| Preferred Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Union Bank | 2600-000 | NA | 1,062.28 | 1,062.28 | 1,062.28 |
| Franchise Tax Board | 2820-000 | NA | 1,867.18 | 1,867.18 | 501.50 |
| Los Angeles County Treasurer And Tax Collector | 2820-000 | NA | 1,530.69 | 1,530.69 | 411.12 |
| United States Trustee | 2950-000 | NA | 975.00 | 975.00 | 261.87 |
| Marshack Hays LLP | 3210-000 | NA | 33,941.00 | 33,941.00 | 9,116.05 |
| Marshack Hays LLP | 3220-000 | NA | 992.47 | 992.47 | 266.56 |
| SLBiggs a division of SingerLewak | 3410-000 | NA | 19,825.50 | 19,825.50 | 5,324.83 |
| SLBiggs a division of SingerLewak | 3420-000 | NA | 274.73 | 274.73 | 73.79 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 63,093.80 | $ 61,245.01 | $ 17,776.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-34701          BR | |
| Case Name: | Mbe Digital, Inc., | |
| For Period Ending: | 06/22/2017 | |

| | |
|---|---|
| Judge: | Barry Russell |

| | |
|---|---|
| Trustee Name: | Peter Mastan - Chapter 7 |
| Date Filed (f) or Converted (c): | 02/21/2013 (c) |
| 341(a) Meeting Date: | 03/21/2013 |
| Claims Bar Date: | 07/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Wells Fargo (DIP Checking Account)<br><br>Turnover of DIP account at time of conversion was $184.89. | 10,132.09 | 184.89 | | 184.89 | FA |
| 2.  Wells Fargo (DIP Savings)<br><br>Turnover of DIP account at time of conversion was $0.00. | 100.00 | 0.00 | | 0.00 | FA |
| 3.  Accounts Receivable (MBE Digital, Inc.)<br><br>The Trustee administered this asset. | 15,600.00 | 6,092.00 | | 6,092.00 | FA |
| 4.  Customer lists of MBE Digital, Inc.<br><br>Trustee believes that the customer lists have no value to the Estate, and will abandon them at the end of the case. | Unknown | 0.00 | | 0.00 | FA |
| 5.  1997 Chevrolet Suburban<br><br>Inoperable.  245,000 miles, no keys.  License #5UDL081.<br>Originally scheduled as a 2003 Chevrolet Suburban.<br>Abandoned by Court order on 7/24/13 | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 6.  24' Cargo Truck<br><br>Inoperable.  Poor condition -- interior and exterior.<br>Abandoned by Court order on 7/24/13. | 500.00 | 500.00 | OA | 0.00 | FA |
| 7.  2005 Chevrolet Van<br><br>Originally scheduled as a "Passenger Van."  Poor condition interior, some exterior body damage.  The Estate's interest was assigned to Chris Hemaratonatorn by Court order entered on 7/24/13. | 5,000.00 | 3,000.00 | | 3,000.00 | FA |
| 8.  Computers/Digital Printers<br><br>3 Mimaki Printers (Two JV33-160's and One JV33-130); 8 desktop computer and inkjet printers; 1 computer server.  The Estate's interest was assigned to Chris Hemaratonatorn by Court order entered on 7/24/13. | 11,000.00 | 5,500.00 | | 5,500.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-34701 | BR | Judge: | Barry Russell | Trustee Name: | Peter Mastan - Chapter 7 |

Case Name:   Mbe Digital, Inc.,

Date Filed (f) or Converted (c):   02/21/2013 (c)

341(a) Meeting Date:   03/21/2013

For Period Ending:   06/22/2017

Claims Bar Date:   07/19/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. Potential Claims against Attorney Sanchez for turnover of pa (u)<br><br>The Trustee is not pursuing these alleged claims. This asset has no value to the Estate. | 0.00 | 0.00 | | 0.00 | FA |
| 10. GBC 2064WF lamination machine. (u)<br><br>New online is under $2,000. The Estate's interest was assigned to Chris Hemaratonatorn by Court order entered on 7/24/13. | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 11. 2 sewing machines (u)<br><br>This asset has no value to the Estate, and was abandoned by Court order on 7/24/13. | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. Steel towers and frames (u)<br><br>The Estate's interest was assigned to Chris Hemaratonatorn by Court order entered on 7/24/13. | 0.00 | 500.00 | | 500.00 | FA |
| 13. Blue Plastic Barrels (u)<br><br>The Estate's interest was assigned to Chris Hemaratonatorn by Court order entered on 7/24/13. | 0.00 | 500.00 | | 500.00 | FA |
| 14. Pending State Court claims against Brian Rayner (u)<br><br>By order entered 12/9/13, the Trustee assigned the Estate's interest in this asset to Adesorn Hemaratanatorn in return for 20% of the net proceeds, if any. On 10/14/16, the Court authorized the Trustee to leave this asset unadministered at closing. | 0.00 | 20,000.00 | | 0.00 | FA |
| 15. Contempt order against Brian Rayner (u)<br><br>By order entered 12/9/13, the Trustee assigned the Estate's interest in this asset to Adesorn Hemaratanatorn in return for 20% of the net proceeds, if any. On 10/14/16, the Court authorized the Trustee to leave this asset unadministered at closing. | 0.00 | 1.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-34701 | BR |
| Case Name: | Mbe Digital, Inc., | |
| For Period Ending: | 06/22/2017 | |

| | |
|---|---|
| Trustee Name: | Peter Mastan - Chapter 7 |
| Date Filed (f) or Converted (c): | 02/21/2013 (c) |
| 341(a) Meeting Date: | 03/21/2013 |
| Claims Bar Date: | 07/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 16.  Various Receivables (DUPLICATE) (u)<br><br>This asset was duplicated by clerical error. | 0.00 | 0.00 | | 0.00 | FA |
| 17.  Potential claims against Attorney Besser for turnover (u)<br><br>The Trustee is not pursuing any potential claims against Attorney Besser.  This asset has no value to the Estate. | 0.00 | 0.00 | | 0.00 | FA |
| 18.  State court lawsuit against M. Hellyar (u)<br><br>By order entered 12/9/13, the Trustee assigned the Estate's interest in this asset to Adesorn Hemaratanatorn in return for 20% of the net proceeds, if any. On 10/14/16, the Court authorized the Trustee to leave this asset unadministered at closing. | 0.00 | 1.00 | | 0.00 | FA |
| 19.  State court lawsuit against M. Rayner (u)<br><br>By order entered 12/9/13, the Trustee assigned the Estate's interest in this asset to Adesorn Hemaratanatorn in return for 20% of the net proceeds, if any. On 10/14/16, the Court authorized the Trustee to leave this asset unadministered at closing. | 0.00 | 1.00 | | 0.00 | FA |
| 20.  Potential fraudulent transfer claims against M. Rayner (u)<br><br>By order entered 12/9/13, the Trustee assigned the Estate's interest in this asset to Adesorn Hemaratanatorn in return for 20% of the net proceeds, if any. On 10/14/16, the Court authorized the Trustee to leave this asset unadministered at closing. | 0.00 | 1.00 | | 0.00 | FA |
| 21.  Potential claims against pre-petition receiver (u)<br><br>After investigation, this asset has no value to the Estate. | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $43,332.09          $38,280.89                      $17,776.89          $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S DISTRIBUTION REPORT (TDR)
The Trustee submitted his TFR to the OUST on or about 6/23/17.
*****************************************************************************************************************************************

TRUSTEE'S FINAL REPORT (TFR)
The Trustee submitted his TFR to the OUST on or about 2/27/17.
*****************************************************************************************************************************************

AGED CASES REPORT PERIOD THROUGH 12/31/16
Judgment was entered in the state court lawsuit in the approximate amount of $1,501,413.16.  Collection efforts to date have not been fruitful and may take an extended period of time.  By order entered 10/14/16, the Trustee obtained an order authorizing him to close the Estate without abandoning the Estate's residual interests in any collections.  The Trustee is preparing his TFR for submission to the OUST.  The Trustee expects to submit his TFR on or about 1/31/17.
*****************************************************************************************************************************************

INTERIM REPORT PERIOD THROUGH 3/31/16
The Trustee previously assigned to a creditor certain litigation rights in exchange for the right to certain of the net proceeds, if any, from that litigation.  The trial of the state court litigation has been continued again and is currently scheduled to begin on May 31, 2016.
*****************************************************************************************************************************************

INTERIM REPORT PERIOD THROUGH 3/31/15
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

INTERIM REPORT PERIOD THROUGH 3/31/14
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

INTERIM REPORT PERIOD THROUGH 3/31/13
The Trustee is currently conducting his investigation and administering the assets of the Estate.
*****************************************************************************************************************************************

QUARTERLY REVIEW PERIOD THROUGH 9/30/16
The Trustee is seeking approval of his motion for authority to leave an asset of the Estate unadministered.
*****************************************************************************************************************************************

QUARTERLY REVIEW PERIOD THROUGH 6/30/16
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

QUARTERLY REVIEW PERIOD THROUGH 12/31/15
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

QUARTERLY REVIEW REPORT PERIOD THROUGH 9/30/15
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

QUARTERLY REVIEW REPORT PERIOD THROUGH 6/30/15
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

QUARTERLY REVIEW REPORT PERIOD THROUGH 12/31/14
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

QUARTERLY REVIEW REPORT PERIOD THROUGH 9/30/14
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

QUARTERLY REVIEW REPORT PERIOD THROUGH 6/30/14
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

QUARTERLY REVIEW REPORT PERIOD THROUGH 12/31/13
The Trustee is waiting for completion of litigation.
*****************************************************************************************************************************************

QUARTERLY REVIEW REPORT PERIOD THROUGH 9/30/13
The Trustee is currently conducting his investigation re potential claims against various parties.
*****************************************************************************************************************************************

QUARTERLY REVIEW REPORT PERIOD THROUGH 6/30/13

The Trustee is currently conducting his investigation and administering the assets of the Estate

Exhibit 8

GENERAL:

This Case commenced as a voluntary Chapter 11 on 7/18/12, which was then converted to a Chapter 7 on 2/21/13.

The first 341(a) meeting was held on 3/21/13.

On 3/21/13, the Trustee continued the 341(a) meeting to 4/17/13 for non-appearance by Debtor.

On 4/17/13 , the Trustee continued the 341(a) meeting to 5/22/13 for non-appearance by Debtor.

On 5/22/13, the Trustee concluded the 341(a) meeting of creditors.

** Statement of related cases Filed by Debtor MBE Digital, Inc.
Filed:  07/18/2012

** Errata Voluntary Petition, Electronic Declaration, Venue Disclosure Form for Corporations Filed by Debtor MBE Digital, Inc.
Filed 7/20/2012

** Signature(s) petition form B1 of attorney amended name of signatory from Michael Heyllar to Michael Hellyar, Declaration Re: Electronic Filing amended name of signatory from Michael Heyllar to Michael Hellyar, Venue disclosure form (for Corporations and Partnerships filing a chapter 11) amended name of signatory from Michael Heyllar to Michael Hellyar Filed by Debtor MBE Digital, Inc.
Filed 07/20/2012

** Amending Schedules (F) Filed by Debtor MBE Digital, Inc.
Filed: 08/14/2012

** Summary of Schedules , Schedule A , Schedule B , Schedule D , Schedule E , Schedule G , Schedule H , Statistical Summary of Certain Liabilities, Declaration concerning debtor's schedules , Disclosure of Compensation of Attorney for Debtor , Statement of Financial Affairs , Equity Security Holders , Statement of Corporate Ownership filed. Filed by Debtor MBE Digital, Inc.
Filed 8/14/2012

** Order Resolving United States Trustee's Motion Under Section 1112(b)
Entered 10/5/2012

** Notice of Bar Date for Filing Proof of Claim in an Individual Chapter 11 (LBR 3001-1) Filed by Debtor MBE Digital, Inc.
Entered 10/19/2012

** Scheduling Order; Bar date for filing proof of claim; 12/17/12; Objections to proof of claims to be filed by 2/4/13; Plan and disclosure statement to be filed by 2/15/13
Entered 10/31/2012

** Order Converting Case to Chapter 7
Entered 2/21/2013

** Order Granting Stipulation By Peter J Mastan (TR) and Assignee, Adesorn Hemaratanatorn to Grant Authority to Revive Debtors Corporate Status (see order for details)
Entered 6/19/2014

** Request for court costs filed by Trustee Peter J Mastan (TR)
Entered 12/5/16

** Notice to professionals to file application for compensation with Proof of Service filed by Trsutee Peter J Mastan (T R)
Filed 12/5/16

** Notice to Pay Court Costs Due Sent To: Peter J Mastan, Total AMount Due $0
Entered 12/6/16

** Chapter 7 Trustees Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee Peter Mastan. The United States Trustee has reviewed the Chapter 7 Trustees Final Report. Filed by United States Trustee.
Filed 3/14/17

** Notice of Trustees Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee
Filed 3/14/17

Exhibit 8

** Order Granting Application For Compensation (BNC-PDF) (Related Doc # [170]) for Marshack Hays LLP, fees awarded: $9,116.05, expenses awarded: $266.56. SL Biggs, accountant Fees: $5,324.83 Expenses: $73.79, Peter Mastan, Ch. 7 Tr. Fees $678.90 Expenses: $6.34 Taxes $411.12 Franchise Tax $501.50. Other: This case is adm. insolvent. Based on the funds on hand the remaining adm. claims to be paid to the US Trutee, the Trustees prof. and taxing authorities will be paind on a pro-rata basis of 26.8585 % (Please refer to order for details).
Entered 5/2/17

PROFESSIONAL:

The Trustee employed Marshack Hays, LLP as general counsel.

** Order Granting Application by Chapter 7 Trustee to Employ Marshack Hays, LLP as General Counsel
Entered 4/23/13

** Notice of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed 2/27/15

**  Application for Compensation First and Final; Declaration of Judith E. Marshack in support; with Proof of Service  for  Marshack Hays LLP, Trustees Attorney, Period: 2/1/2013 to 12/27/2016, Fee: $33,941.00, Expenses: $992.47. Filed by Attorney  Marshack Hays LLP
Filed 12/27/16

** Supplemental Supplement to First and Final Fee Application [Dk. No. 170]; with Proof of Service Filed by Attorney  Marshack Hays LLP.
Filed 1/11/17

The Trustee employed Law Offices of Robert A. Altagen as his special counsel.

** Order Granting Application to Employ the Law Offices of Robert A. Altagen
Entered 10/23/2012.

The Trustee employed Biggs & Co. as his accountant.

** Order Granting Application to Employ Biggs & Co., Certified Public Accountants as Accountant to the Trustee
Entered 3/22/13

The Trustee employed SLBiggs, a division of SingewLewak as his accountant.

** Order Granting Application to Employ  SLBIGGS
Entered 1/13/2015

** Application for Compensation Accountants First and Final Application for Approval of Compensation and Reimbursement of Costs  for  SLBiggs, Accountant, Period: 2/22/2013 to 12/9/2016, Fee: $19,825.50, Expenses: $274.73. Filed by Accountant  SLBiggs.
Filed 12/14/16

CLAIMS:
Notification of Asset Case was filed on 4/15/13.
Claims Bar Date:  7/19/13.
Governmental Claims Bar Date:  1/14/13.

Claims reviewed where appropriate.

No Chapter 11 administrative bar date set due to administrative insolvency in Chapter 7.

TAXES:
2013 Tax Returns were prepared and filed with the taxing authorities.

As there was no income in 2014, 2015 or 2016, final tax returns do not need to be prepared per Sam Biggs on 10/18/16.

ADMIN. STATUS:

Exhibit 8

The Trustee sold and/or abandoned all hard assets.  The orders below grants abandonment of various assets.  See individual assets above for more information on individual assets.  See below for information re litigation assets.

** Order Granting Motion: (1) Approving Assignment Agreement between the Trustee and Chris Hemaratanatorn for the Trustee's Assignment of the Estate's Interest in Certain Personal Property; and (2) Authorizing Abandonment of Certain Assets
Entered 7/24/2013

** Order Granting Trustee's Motion for Order: (1) Approving Assignment Agreement Between The Trustee and Adesorn Hemaratanatorn For The Trustee's Assignment of The Estate's Interest in Certain Legal Claims; (2) Approving Overbid Procedures; and (3) Finding The Proposed Assignee a Good Faith Purchaser under § 363(M)
Entered 12/9/2013

The Trustee received Court approval to leave the litigation asset unadministered at closing.

** Order Authorizing the Trustee to Leave an Asset of the Estate Unadministered at Closing.
Entered 10/14/16.

INSURANCE:
All assets require insurance were abandoned and/or sold.

PENDING LITIGATION
Litigation claims against BMR Digital, Inc., Brian Rayner, Annette Hellyar, Cindy Lou Lujan and Michael Hellyar have been assigned by Court order to Adesorn Hemaratantorn in exchange for a percentage of the recovery. Collection efforts are ongoing. Estate has only a residual interest in the net recovery.  The Court has authorized the Trustee to close the Estate without abandoning that interest.

Initial Projected Date of Final Report (TFR): 07/18/2015        Current Projected Date of Final Report (TFR): 07/01/2017

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 12-34701 | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: Mbe Digital, Inc., | Bank Name: Preferred Bank |
| | Account Number/CD#: XXXXXX8815 |
| | MBE Digital Checking |
| Taxpayer ID No: XX-XXX0777 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/13 | 3 | Clear Channel P.O. Box 659512 San Antonio, TX 78265-9512 | Collection Receivables | 1129-000 | $2,213.75 | | $2,213.75 |
| 03/11/13 | 3 | Clear Channel P.O. Box 659512 San Antonio, TX 78265-9512 | Collection Receivables | 1129-000 | $2,294.25 | | $4,508.00 |
| 03/11/13 | 3 | Clear Channel P.O. Box 659512 San Antonio, TX 78265-9512 | Collection Receivables | 1129-000 | $767.40 | | $5,275.40 |
| 03/11/13 | 3 | Clear Channel P.O. Box 659512 San Antonio, TX 78265-9512 | Collection Receivables | 1129-000 | $816.60 | | $6,092.00 |
| 03/22/13 | 1 | Wells Fargo Bank, N.A. P.O. Box 5110, MAC N9777-016 Sious Falls, SD 57117-5110 | Turnover of DIP Account Turnover of the DIP account. | 1129-000 | $184.89 | | $6,276.89 |
| 04/01/13 | | Preferred Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $6,266.89 |
| 05/01/13 | | Transfer to Acct # xxxxxx5186 | Transfer of Funds | 9999-000 | | $6,266.89 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,276.89 | $6,276.89 |
| Less: Bank Transfers/CD's | $0.00 | $6,266.89 |
| Subtotal | $6,276.89 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,276.89 | $10.00 |

| Page Subtotals: | $6,276.89 | $6,276.89 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-34701
Case Name: Mbe Digital, Inc.,

Trustee Name: Peter Mastan - Chapter 7
Bank Name: Preferred Bank
Account Number/CD#: XXXXXX8823
Segregated Funds

Taxpayer ID No: XX-XXX0777
For Period Ending: 06/22/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/13 | | SALV, LLC | Purchase of Assets Purchase of various assets as outlined in the purchase agreement. To be put in a separate account until approved by the Court. | | $11,500.00 | | $11,500.00 |
| | | | Gross Receipts            $11,500.00 | | | | |
| | 7 | | 2005 Chevrolet Van        $3,000.00 | 1129-000 | | | |
| | 8 | | Computers/Digital Printers  $5,500.00 | 1129-000 | | | |
| | 10 | | GBC 2064WF lamination machine.  $2,000.00 | 1229-000 | | | |
| | 12 | | Steel towers and frames    $500.00 | 1229-000 | | | |
| | 13 | | Blue Plastic Barrels       $500.00 | 1229-000 | | | |
| 05/01/13 | | Transfer to Acct # xxxxxx5194 | Transfer of Funds | 9999-000 | | $11,500.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,500.00 | $11,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $11,500.00 |
| Subtotal | $11,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,500.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals:                    $11,500.00        $11,500.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-34701 | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: Mbe Digital, Inc., | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5186 |
| | MBE Digital Checking |
| Taxpayer ID No: XX-XXX0777 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/13 | | Transfer from Acct # xxxxxx8815 | Transfer of Funds | 9999-000 | $6,266.89 | | $6,266.89 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $6,251.89 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $6,236.89 |
| 07/31/13 | 2001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Bond Premium Payment | 2300-000 | | $3.03 | $6,233.86 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $6,218.86 |
| 09/13/13 | | PETER J. MASTAN, CHAPTER 7 TRUSTEE 550 S. Hope St., Suite 1765 Los Angeles, CA 90071 | Transfer to General Account Transfer of funds to general account from segregated account after approval of sale motion by Court on 7/24/13. | 9999-000 | $11,466.39 | | $17,685.25 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $17,670.25 |
| 09/27/13 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Service Fee Refund | 2600-000 | | ($17.06) | $17,687.31 |
| 09/30/13 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Service Fee Refund Reversal Clerical error. The service charge refund was recorded in the wrong bank account. | 2600-000 | | $17.06 | $17,670.25 |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.19 | $17,653.06 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.26 | $17,626.80 |

| | | | Page Subtotals: | | $17,733.28 | $106.48 | |

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-34701
Case Name: Mbe Digital, Inc.,

Taxpayer ID No: XX-XXX0777
For Period Ending: 06/22/2017

Trustee Name: Peter Mastan - Chapter 7
Bank Name: Union Bank
Account Number/CD#: XXXXXX5186
MBE Digital Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.38 | $17,601.42 |
| 01/10/14 | 2002 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA  70139 | Bond Payment | 2300-000 | | $18.04 | $17,583.38 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.19 | $17,557.19 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.14 | $17,531.05 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $23.56 | $17,507.49 |
| 04/18/14 | 2003 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA  70139 | Bond Increase as of 4/4/14 | 2300-000 | | $4.74 | $17,502.75 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.05 | $17,476.70 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.17 | $17,451.53 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.97 | $17,425.56 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.09 | $17,400.47 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.89 | $17,374.58 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.85 | $17,348.73 |

Page Subtotals:                                        $0.00          $278.07

Page: 5

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-34701
Case Name: Mbe Digital, Inc.,

Taxpayer ID No: XX-XXX0777
For Period Ending: 06/22/2017

Trustee Name: Peter Mastan - Chapter 7
Bank Name: Union Bank
Account Number/CD#: XXXXXX5186
MBE Digital Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.98 | $17,323.75 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.78 | $17,297.97 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.91 | $17,273.06 |
| 01/22/15 | 2004 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Bond #016030867 | 2300-000 | | $39.74 | $17,233.32 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.70 | $17,207.62 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.66 | $17,181.96 |
| 03/20/15 | | Global Surety, LLC One Shell Square 701 Pydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond Premium Refund This is the Estate's pro rata share of bond premium refund. | 2300-000 | | ($15.00) | $17,196.96 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.09 | $17,173.87 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.54 | $17,148.33 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.70 | $17,123.63 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.48 | $17,098.15 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.62 | $17,073.53 |

Page Subtotals: $0.00 $275.20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 12-34701 | Trustee Name: Peter Mastan - Chapter 7 | Exhibit 9 |
|---|---|---|
| Case Name: Mbe Digital, Inc., | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX5186 | |
| | MBE Digital Checking | |
| Taxpayer ID No: XX-XXX0777 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.41 | $17,048.12 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.37 | $17,022.75 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.51 | $16,998.24 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.29 | $16,972.95 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.44 | $16,948.51 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.22 | $16,923.29 |
| 02/08/16 | 2005 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA  70139 | Bond # 016030867 | 2300-000 | | $13.10 | $16,910.19 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.11 | $16,885.08 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.45 | $16,861.63 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.02 | $16,836.61 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.18 | $16,812.43 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.95 | $16,787.48 |

| | | | Page Subtotals: | | $0.00 | $286.05 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |

Case No: 12-34701

Case Name: Mbe Digital, Inc.,

Taxpayer ID No: XX-XXX0777

For Period Ending: 06/22/2017

Trustee Name: Peter Mastan - Chapter 7

Bank Name: Union Bank

Account Number/CD#: XXXXXX5186

MBE Digital Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $24.11 | $16,763.37 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $24.87 | $16,738.50 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $24.84 | $16,713.66 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $24.00 | $16,689.66 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $24.77 | $16,664.89 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $23.93 | $16,640.96 |
| 05/04/17 | 2006 | Peter J. Mastan 550 S. Hope Street Suite 1765 Los Angeles, CA 90071 | Distribution Reversal TCMS combined Fees with Expenses. | | | | ($685.24) | $17,326.20 |
| | | Peter J. Mastan | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | $678.90 | 2100-000 | | | |
| | | Peter J. Mastan | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | $6.34 | 2200-000 | | | |
| 05/04/17 | 2011 | SLBiggs a division of SingerLewak c/o Sam Biggs 10960 Wilshire Blvd., 7th Floor Los Angeles, CA 90024 | Distribution Reversal TCMS combined Fees with Expenses. | | | | ($5,398.62) | $22,724.82 |
| | | SLBiggs a division of SingerLewak | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | $5,324.83 | 3410-000 | | | |
| | | SLBiggs a division of SingerLewak | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | $73.79 | 3420-000 | | | |

Page Subtotals:          $0.00          ($5,937.34)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No:  12-34701 | Trustee Name:  Peter Mastan - Chapter 7 | Exhibit 9 |
| Case Name:  Mbe Digital, Inc., | Bank Name:  Union Bank | |
| | Account Number/CD#:  XXXXXX5186 | |
| | MBE Digital Checking | |
| Taxpayer ID No:  XX-XXX0777 | Blanket Bond (per case limit):  $5,000,000.00 | |
| For Period Ending:  06/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/17 | 2010 | Marshack Hays LLP<br>Attn:  D. Edward Hays, Esq.<br>870 Roosevelt Ave.<br>Irvine, CA 92620 | Distribution Reversal TCMS combined Fees with Expenses. | | | ($9,382.61) | $32,107.43 |
| | | Marshack Hays LLP | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | $9,116.05 | 3210-000 | | |
| | | Marshack Hays LLP | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | $266.56 | 3220-000 | | |
| 05/04/17 | 2006 | Peter J. Mastan<br>550 S. Hope Street Suite 1765<br>Los Angeles, CA  90071 | Distribution | | | $685.24 | $31,422.19 |
| | | Peter J. Mastan | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | ($678.90) | 2100-000 | | |
| | | Peter J. Mastan | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | ($6.34) | 2200-000 | | |
| 05/04/17 | 2007 | Franchise Tax Board<br>Bankruptcy Section Ms A340<br>Po Box 2952<br>Sacramento Ca 95812-2952 | Final distribution to claim 17 representing a payment of 26.86 % per court order entered 5/2/17. | | 2820-000 | $501.50 | $30,920.69 |
| 05/04/17 | 2008 | Los Angeles County Treasurer And Tax Collector<br>Po Box 54110,<br>Los Angeles, Ca 90054-0110 | Final distribution to claim 18 representing a payment of 26.86 % per court order entered 5/2/17. | | 2820-000 | $411.12 | $30,509.57 |
| 05/04/17 | 2009 | United States Trustee<br>Payment Center<br>PO Box 530202<br>Atlanta, GA 30353-0202 | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | | 2950-000 | $261.87 | $30,247.70 |
| 05/04/17 | 2010 | Marshack Hays LLP<br>Attn:  D. Edward Hays, Esq.<br>870 Roosevelt Ave.<br>Irvine, CA 92620 | Distribution | | | $9,382.61 | $20,865.09 |
| | | Marshack Hays LLP | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | ($9,116.05) | 3210-000 | | |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,859.73 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-34701 | Trustee Name: Peter Mastan - Chapter 7 | Exhibit 9 |
| Case Name: Mbe Digital, Inc., | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX5186 | |
| | MBE Digital Checking | |
| Taxpayer ID No: XX-XXX0777 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Marshack Hays LLP | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | ($266.56) | 3220-000 | | | |
| 05/04/17 | 2011 | SLBiggs a division of SingerLewak c/o Sam Biggs 10960 Wilshire Blvd., 7th Floor Los Angeles, CA 90024 | Distribution | | | | $5,398.62 | $15,466.47 |
| | | SLBiggs a division of SingerLewak | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | ($5,324.83) | 3410-000 | | | |
| | | SLBiggs a division of SingerLewak | Final distribution representing a payment of 26.86 % per court order entered 5/2/17. | ($73.79) | 3420-000 | | | |
| 05/04/17 | 2012 | Peter J. Mastan 550 S. Hope Street Suite 1765 Los Angeles, CA  90071 | Final distribution representing a payment of 26.86 % per Court order entered 5/2/17. | | 2100-000 | | $678.90 | $14,787.57 |
| 05/04/17 | 2013 | Peter J. Mastan 550 S. Hope Street Suite 1765 Los Angeles, CA  90071 | Final distribution representing a payment of 26.86 % per Court order entered 5/2/17. | | 2200-000 | | $6.34 | $14,781.23 |
| 05/04/17 | 2014 | Marshack Hays LLP Attn:  D. Edward Hays, Esq. 870 Roosevelt Ave. Irvine, CA 92620 | Final distribution representing a payment of 26.86 % per Court order entered 5/2/17. | | 3210-000 | | $9,116.05 | $5,665.18 |
| 05/04/17 | 2015 | Marshack Hays LLP Attn:  D. Edward Hays, Esq. 870 Roosevelt Ave. Irvine, CA 92620 | Final distribution representing a payment of 26.86 % per Court order entered 5/2/17. | | 3220-000 | | $266.56 | $5,398.62 |
| 05/04/17 | 2016 | SLBiggs a division of SingerLewak c/o Sam Biggs 10960 Wilshire Blvd., 7th Floor Los Angeles, CA 90024 | Final distribution representing a payment of 26.86 % per Court order entered 5/2/17. | | 3410-000 | | $5,324.83 | $73.79 |
| 05/04/17 | 2017 | SLBiggs a division of SingerLewak c/o Sam Biggs 10960 Wilshire Blvd., 7th Floor Los Angeles, CA 90024 | Final distribution representing a payment of 26.86 % per Court order entered 5/2/17. | | 3420-000 | | $73.79 | $0.00 |

|  | COLUMN TOTALS | $17,733.28 | $17,733.28 |
|---|---|---|---|
|  | Page Subtotals: | $0.00 | $20,865.09 |

Exhibit 9

|  | | |
|---|---|---|
| Less: Bank Transfers/CD's | $17,733.28 | $0.00 |
| Subtotal | $0.00 | $17,733.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $17,733.28 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Page: 11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-34701
Case Name: Mbe Digital, Inc.,

Taxpayer ID No: XX-XXX0777
For Period Ending: 06/22/2017

Trustee Name: Peter Mastan - Chapter 7
Bank Name: Union Bank
Account Number/CD#: XXXXXX5194
Segregated Funds
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/13 | | Transfer from Acct # xxxxxx8823 | Transfer of Funds | 9999-000 | $11,500.00 | | $11,500.00 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.09 | $11,482.91 |
| 07/22/13 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Service Fee Refund These funds were still subject to Court approval at the time of the charge, and therefore not subject to bank fees. | 2600-000 | | ($17.09) | $11,500.00 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.54 | $11,483.46 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.07 | $11,466.39 |
| 09/13/13 | 3001 | Estate of Mbe Digital, Inc.,, 12-34701 | Transfer to General Account | 9999-000 | | $11,466.39 | $0.00 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.06 | ($17.06) |
| 09/30/13 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Service Fee Refund | 2600-000 | | ($17.06) | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,500.00 | $11,500.00 |
| Less: Bank Transfers/CD's | $11,500.00 | $11,466.39 |
| Subtotal | $0.00 | $33.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $33.61 |

Page Subtotals:    $11,500.00    $11,500.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5186 - MBE Digital Checking | $0.00 | $17,733.28 | $0.00 |
| XXXXXX5194 - Segregated Funds | $0.00 | $33.61 | $0.00 |
| XXXXXX8815 - MBE Digital Checking | $6,276.89 | $10.00 | $0.00 |
| XXXXXX8823 - Segregated Funds | $11,500.00 | $0.00 | $0.00 |
| | $17,776.89 | $17,776.89 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $17,776.89 | |
| Total Gross Receipts: | $17,776.89 | |